Marano Appeal.
Colletti Appeal.

Argued April 27, 1967. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Samuel Gorson,* for appellants.

*Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, with him *Frank J. Pfizenmayer,* Assistant City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for appellee.

OPINION PER CURIAM, September 26, 1967:
Orders affirmed.
Mr. Justice MUSMANNO dissents.
Mr. Justice COHEN took no part in the consideration or decision of this case.